## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GLOBE ELECTRIC COMPANY, INC., | * | |
| Plaintiff, | * | |
| v. | * | Case No. 20-cv-3113-KPF |
| ALL STAR LIHTING SUPPLIES, INC., D/B/A LUXRITE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties' Joint Stipulation Regarding Pleading Deadlines, it is hereby **ORDERED** that:

A. Defendant's deadline to respond to Plaintiff's Complaint is continued;

B. Plaintiff shall file an Amended Complaint on or before July 17, 2020; and

C. Defendant shall respond to Plaintiff's Amended Complaint on or before July 24, 2020.

Dated: July 13, 2020
New York, New York

Hon. Katherine Polk Failla
United States District Judge

115379\000001\4842-0602-2594.v1